AO 442 (Rev. 01/09) Arrest Warrant    FID # 9544761    AUSA Lee Janice - 313-226-9740
Special Agent Ryan Holmes, USSS - 313-226-1806

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Daniel Clayton

Case: 2:14-mj-30245
Judge: Unassigned,
Filed: 05-23-2014 At 09:38 AM
RE: SEALED MATTER (EOB)

## ARREST WARRANT

FILED
JUN 04 2014
CLERK'S OFFICE
DETROIT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Daniel Clayton**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Using one or more counterfeit access devices.

I hereby certify that the foregoing
is a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
              Deputy

Date: **MAY 23 2014**

City and state: Detroit, Michigan

R. STEVEN WHALEN
*Issuing officer's signature*

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on (date) **5/23/14**, and the person was arrested on (date) **5/30/14**
at (city and state) **Farmington Hills, MI**

Date: **5/30/14**

Ryan Holmes, SA
*Arresting officer's signature / Printed name and title*

Distribution: Original Court – 1 copy   U.S. Marshal – 2 copies USA