UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                          Criminal No. 14-mj-30245

v.

Daniel Clayton,

    Defendant.

---

## MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendant* Daniel Clayton.  In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

2) to investigate the full extent of the offense in question and identify all other individuals who should be held criminally responsible for the offense; or

3) to decide whether criminal prosecution of defendant for the offense in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1).  The government's ability to prosecute this case properly would be

substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h).  Accordingly, the government requests leave to dismiss the complaint without prejudice.

    Respectfully submitted,

    Barbra L. McQuade
    United States Attorney

    *s/Stanley J. Janice*
    Stanley J. Janice
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    Lee.janice@usdoj.gov
    (313) 226-9740
    P25999

Dated:  June 19, 2014

CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

*s/Stanley J. Janice*
Stanley J. Janice
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Lee.janice@usdoj.gov
(313) 226-9740
P25999